| | |
|---|---|
| MICHAEL PRICE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. DIAZ,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01146-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUESTS FOR FORMS<br><br>(ECF NO. 8) |

Michael Price ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 4, 2018, Plaintiff filed a request for a "motion for appointment of counsel" because the law library at his institution of confinement does not have any. (ECF No. 8). Plaintiff also asks for a summons to serve Defendant. (Id.).

Plaintiff's request for a motion for appointment of counsel will be denied because the Court does not have a form "motion for appointment of counsel" to send Plaintiff. The Court notes that Plaintiff may file such a motion without having a form. In the motion Plaintiff should explain why he believes his case warrants appointment of counsel.

As to Plaintiff's request for a summons to serve defendants, the Court has already sent

Plaintiff a summons to complete and return (ECF No. 6).  The Court notes that, as Plaintiff is proceeding *in forma pauperis*, Plaintiff does not need to serve Defendant.  Once Plaintiff has completed and returned the service documents, the Court will direct the United States Marshals Service to serve Defendant.

    Accordingly, IT IS ORDERED that Plaintiff's requests for forms are DENIED.

IT IS SO ORDERED.

Dated: **September 5, 2018**         /s/ *Eric P. Groj*
                                                 UNITED STATES MAGISTRATE JUDGE