UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PRICE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. DIAZ,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01146-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFENDANT'S SERVICE ADDRESS AS MOOT<br><br>(ECF NO. 25) |

Michael Price ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 28, 2019, Plaintiff filed a motion for an order directing Defendant to provide Plaintiff with his service address, so that Defendant can be served. (ECF No. 25).

As Defendant has been served (ECF No. 20), IT IS ORDERED that Plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

Dated: **January 29, 2019**　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1