UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PRICE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>D. DIAZ,<br><br>　　　　　　　Defendant. | Case No. 1:18-cv-01146-DAD-EPG (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>**(ECF No. 48)** |

　　Good cause appearing, defendant Diaz's motion to modify the discovery and scheduling order is **GRANTED**. The non-expert discovery deadline is extended to November 26, 2019. The deadline to file a dispositive motion is extended to January 21, 2020.

　　All other dates remain as previously set.

IT IS SO ORDERED.

　　Dated: **August 29, 2019**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE