UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL PRICE,**<br><br>Plaintiff,<br><br>v.<br><br>**D. DIAZ,**<br><br>Defendant. | Case No. 1:18-cv-01146-DAD-EPG (PC)<br><br>**ORDER GRANTING DEFENDANT'S THIRD MOTION TO MODIFY SCHEDULING ORDER**<br><br>**(ECF No. 60)** |

Good cause appearing, Defendant Diaz's third motion to modify the discovery and scheduling order is **GRANTED**. The non-expert discovery and dispositive motion deadlines are **VACATED**. The deadlines will be reset, if necessary, following resolution of Diaz's discovery motion filed on November 22, 2019 (ECF No. 56).

All other dates and deadlines remain as previously set.

IT IS SO ORDERED.

Dated: __**January 2, 2020**__  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE