1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 | MICHAEL PRICE,

12 |          Plaintiff,

13 |     v.

14 | D. DIAZ,

15 |          Defendant.

16

Case No. 1:18-cv-01146-DAD-EPG (PC)

ORDER REQUIRING DEFENDANT TO FILE STATUS REPORT

17      On July 7, 2020, the assigned district judge directed Plaintiff "to pay to defendant costs

18 associated with the failed deposition in the amount of $224.81 within thirty days of service of

19 this order." (ECF No. 68, p. 1).  The assigned district judge also gave defendant the

20 opportunity to "renew his motion for terminating sanctions if plaintiff either fails to pay the

21 ordered monetary sanction, fails to participate in this case, or fails to obey any court orders

22 including this order authorizing the takin[g] and completion of his deposition." (Id. at 2-3).

23      Within fourteen days after Plaintiff's deadline to pay Defendant's costs expires,

24 Defendant shall file and serve a report indicating whether Plaintiff paid.  If Plaintiff has not

25 paid, Defendant shall indicate whether he intends to renew his motion for terminating

26 sanctions, and if so, when he intends to file the renewed motion.

27 \\\

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   The Court notes that it will not reset any deadlines until, at the earliest, after the Court

receives Defendant's report.


IT IS SO ORDERED.


   Dated:   __**July 8, 2020**__              /s/ _Erica P. Grosjean_

                                  UNITED STATES MAGISTRATE JUDGE