UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PRICE,<br><br>           Plaintiff,<br><br>      v.<br><br>D. DIAZ,<br><br>           Defendant. | Case No. 1:18-cv-01146-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO VACATE DEADLINES<br><br>(ECF No. 73) |

On December 2, 2020, Defendant filed a motion to vacate the scheduling order. (ECF No. 73). "Defendant Diaz moves under Federal Rule of Civil Procedure 16(b)(4) for an order vacating Diaz's pretrial statement deadline, the pretrial conference, and the trial scheduled for March 2, 2021." (Id. at 1). "The grounds for this motion are that Price has completely refused to prosecute his case. Price failed to pay the court-ordered monetary sanctions, failed to participate in rescheduling his deposition, failed to oppose Diaz's renewed motion for terminating sanctions, failed to file a pretrial statement, and did not object to the report and recommendations to dismiss this action. Diaz therefore should not have to continue bearing the burden of needlessly preparing this case for trial against an uninterested plaintiff." (Id.).

As there are pending findings and recommendations to dismiss this case because of Plaintiff's failure to comply with a court order and to prosecute this case (ECF No. 72), and as Plaintiff did not object to these findings and recommendations, the Court finds good cause to

1

grant Defendant's motion.

Accordingly, IT IS ORDERED that Defendant's pretrial statement deadline, the telephonic trial confirmation hearing, and the trial are VACATED.

IT IS SO ORDERED.

Dated: **December 3, 2020**        /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE