UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PRICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. DIAZ,<br><br>　　　　　Defendant. | No.  1:18-cv-01146-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 72) |

　　　　Plaintiff Michael Price is a former prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 29, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this case be dismissed, with prejudice, due to plaintiff's failure to comply with a court order and prosecute this case.  (Doc. No. 72.)  The parties were provided fourteen (14) days from the date of service to file objections to the findings and recommendations.  (*Id.* at 5.)  The deadline to file objections has passed, and neither party has filed objections or otherwise responded to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 29, 2020 (Doc. No. 72) are adopted in full;
2. This case is dismissed due to plaintiff's failure to comply with a court order and prosecute this case;
3. All pending motions are terminated; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 8, 2020**                                     /s/ Dale A. Drozd
                                                                  UNITED STATES DISTRICT JUDGE